J. Clausen, appellee, v. Western Electric Company, appellant. Gen. No. 30,119.

Action for personal injuries to pedestrian struck by motor truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed and remanded. Opinion filed December 8, 1925.

Cassels, Potter & Bentley, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. A. H. Ranes, Leo B. Lowenthal and Alfred O. Erickson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Laura A. Cox, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 30,131.

Certiorari to review discharge of relator by Civil Service Commission. Order quashing proceedings. Appeal from the Circuit Court of Cook county; the Hon. George F. Rush, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Reversed. Opinion filed December 8, 1925. Rehearing denied December 21, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, Francis J. Vurpillat and Carl H. Lundquist, Assistant Corporation Counsel, of counsel. R. E. Blackwood, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Max Kern, appellee, v. Charles W. Arndt, appellant. Gen. No. 30,162.

Action on alleged oral contract to pay commissions in real estate transaction. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 8, 1925.

J. M. Camelon, for appellant. Hugo Radau, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.